**EXHIBIT A**
**COPYRIGHTS INFRINGED**

|    | ISBN | PUBLISHER | AUTHOR | TITLE | REGISTRATION | REGISTRATION DATE |
|----|------|-----------|--------|-------|--------------|-------------------|
| 1  | 9781285453545 | Cengage | Gwartney | Macroeconomics: Private and Public Choice, 15th | TX 7-883-357 | 4/2/14 |
| 2  | 9780495012016 | Cengage | Skoog | Principles of Instrumental Analysis, 6th | TX 6-499-740 | 1/16/07 |
| 3  | 9780078119149 | MHE | Moore | Critical Thinking, 11th | TX 8-080-780 | 6/27/14 |
| 4  | 9780078025914 | MHE | Edmonds | Fundamentals of Financial Accounting, 5th | TX 8-076-639 | 4/24/15 |
| 5  | 9780077660772 | MHE | McConnell | Macroeconomics: Principles, Problems & Policies, 20th | TX 8-019-172 | 1/30/15 |
| 6  | 9780073406732 | MHE | Lucas | The Art of Public Speaking, 11th | TX 7-578-481 | 9/21/12 |
| 7  | 9780077511753 | MHE | Arana | Workbook/Laboratory Manual to Accompany Puntos de Partida, 9th | TX 7-782-440 | 10/8/13 |
| 8  | 9780321743671 | Pearson | Freeman | Biological Science, 5th | TX 7-691-418 | 3/5/13 |
| 9  | 9780133021844 | Pearson | Groebner | Business Statistics, 9th | TX 7-699-113 | 4/5/13 |
| 10 | 9780321813800 | Pearson | Urry | Campbell Biology in Focus, 1st | TX 7-684-987 | 2/11/13 |
| 11 | 9780321775658 | Pearson | Reece | Campbell Biology, 10th | TX 7-304-625 | 12/22/10 |
| 12 | 9780132145763 | Pearson | Motiwalla | Enterprise Systems for Management, 2nd | TX 7-450-665 | 11/16/11 |
| 13 | 9780133920819 | Pearson | Robbins | Essentials of Organizational Behavior, 13th | TX 8-051-247 | 4/3/15 |
| 14 | 9780205982516 | Pearson | Macionis | Society: The Basics, 13th | TX 7-882-254 | 3/27/14 |
| 15 | 9780133061819 | Pearson | Levine | Statistics for Managers, 7th | TX 7-745-398 | 6/20/13 |
| 16 | 9780205819966 | Pearson | Suppes | The Social Work Experience, 6th | TX 7-509-679 | 3/30/12 |