**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC., MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, and PEARSON EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BOOK DOG BOOKS, LLC d/b/a TEXTBOOKRUSH and TEXTBOOKSRUS, APEX MEDIA, LLC, AND ROBERT WILLIAM MANAGEMENT, LLC, <br><br> Defendants. | Case No. 1:16-cv-7123 (WHP)(GWG) |

## NOTICE OF MOTION

Please take notice that Plaintiffs Cengage Learning, Inc., McGraw-Hill Global Education Holdings, LLC and Pearson Education, Inc. ("Plaintiffs"), upon the accompanying Memorandum of Law, will move this Court before the Honorable William H. Pauley III, United States District Judge at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY on a date to be determined by the Court, for an order *in limine* precluding Ronald G. Quintero from offering certain testimony at trial.

Dated: November 20, 2017

PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT

2

OPPENHEIM + ZEBRAK, LLP


By:   */s/ Matthew J. Oppenheim*
      Matthew J. Oppenheim
      Scott A. Zebrak
      Julie C. Chen
      Jeffrey Gould
      Corey Miller
      OPPENHEIM + ZEBRAK, LLP
      5225 Wisconsin Avenue NW, Suite 503
      Washington, DC 20015
      Tel: 202.480.2999
      Fax: 866.766.1678

*Counsel for Plaintiffs*

PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT