UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

CENGAGE LEARNING, INC., *et al.*,

                    Plaintiffs,

      - against -

BOOK DOG BOOKS, LLC, *et al.*,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

16cv7123
13cv816

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

       The parties having appeared for oral argument on December 14, 2017, this Court adopts the following schedule:

1. Defendants shall submit a letter to this Court providing the basis for their first sale defense by December 18, 2017.

2. Plaintiffs shall provide any response to Defendants' letter by December 21, 2017.

3. The parties shall meet and confer regarding Plaintiff's proposed "roadmap" and submit any remaining disputes by letter to Magistrate Judge Gorenstein by December 29, 2017.

4. The parties shall submit a revised joint pre-trial order by February 28, 2018.

5. The parties shall submit a joint request to charge and any proposed voir dire unique to this action by March 9, 2018.

6. The parties shall appear for a final pre-trial conference on March 16, 2018, at 11:30 a.m.

Dated: December 14, 2017
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.