```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
JOHN WILEY & SONS, INC, et al.             :
                                           :
                      Plaintiffs,          :
                                           :         13cv816
          - against -                      :
                                           :
                                           :
BOOK DOG BOOKS, LLC,                       :
                                           :
                      Defendants.          :
-----------------------------------------------X

-----------------------------------------------X
CENGAGE LEARNING, INC, et al.,             :
                                           :
                                           :
                      Plaintiffs,          :         16cv7123
          - against -                      :
                                           :
                                           :
BOOK DOG BOOKS, LLC, et al.                :
                                           :
                      Defendants.          :
-----------------------------------------------X
```

WILLIAM H. PAULEY III, District Judge:

## **VERDICT FORM**

1

WILLIAM H. PAULEY III, United States District Judge:

According to the principles of law as charged by this Court and the facts as you find them, please answer the following questions:

## I. Trademark Infringement

*Question 1.* Plaintiffs are pursuing trademark infringement claims for 10 trademarks. Those trademarks are listed in TABLE 1. Which trademarks, if any, have Plaintiffs established by a preponderance of the evidence that Defendants infringed?

*Check only one box*    ☑ ALL    ☐ SOME    ☐ NONE

*If you answered "ALL" to Question 1, go to Question 2.*

*If you answered "NONE" to Question 1, go directly to Section II.*

*If you answered "SOME" to Question 1, please mark in the "LIABILITY" column of TABLE 1, the trademarks that you find Defendants infringed. Then proceed to Question 2.*

*Question 2.* If you answered "ALL" or "SOME," to *Question 1*, you must decide whether Defendants' infringement was willful or not willful. Which trademarks, if any, have Plaintiffs established by a preponderance of the evidence that Defendants' infringement was willful?

*Check only one box*    ☑ ALL    ☐ SOME    ☐ NONE

*If you answered "ALL" to Question 2, go to Question 3.*

*If you answered "NONE" to Question 2, go to Question 3.*

*If you answered "SOME" to Question 2, please identify the trademarks that you find Defendants willfully infringed by checking the box in the "WILLFUL" column of TABLE 1. Please identify the trademarks that you find Defendants did not willfully infringe by checking the box in the "NOT WILLFUL" column of TABLE 1. Then proceed to Question 3.*

*Question 3.* If you answered "ALL" or "SOME" to *Question 1*, you must determine an amount of statutory damages to award Plaintiffs for each trademark that you found Defendants infringed. If you choose to award the same amount of statutory damages for each trademark infringed, please fill in the amount you award Plaintiffs for each trademark infringed on the line below. If you choose to award different amounts of damages for different trademarks, please identity the amount you award Plaintiffs for each trademark that you found Defendants infringed in the "DAMAGES AWARD" column of TABLE 1.

The amount of statutory damages that you must award Plaintiffs for each trademark infringed is as follows:

| | |
|---|---|
| **If Not Willful** | *You **must** award damages between $1,000 and $200,000 per trademark infringed* |
| **If Willful** | *You **must** award damages between $1,000 and $2,000,000 per trademark infringed* |

What amount of statutory damages *per trademark infringed* do you award Plaintiffs?

Amount: $ __2,000,000.00__ **per** trademark*

**Do not fill in if you choose to award different amounts of damages in TABLE 1*

*Please proceed to Section II.*

## Verdict Form - Table 1

| If Not Willful | You **must** award damages between $1,000 and $200,000 |
|---|---|
| If Willful | You **must** award damages between $1,000 and $2,000,000 |

| | Trademark | Roadmap Title # | Case | TITLE | PUBLISHER | LIABILITY | WILLFULNESS WIILLFUL | WILLFULNESS NOT WILLFUL | DAMAGES AWARD |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Cengage Learning | 18 | BDB 1 | Business Ethics: Ethical Decision Making and Cases | Cengage | | ✓ | | 2,000,000 |
| | | 19 | BDB 1 | Business Ethics: Ethical Decision Making and Cases | Cengage | | | | |
| | | 22 | BDB 1 | Communication Between Cultures | Cengage | | | | |
| | | 41 | BDB 1 | Intercultural Communication: A Reader | Cengage | | | | |
| | | 62 | BDB 1 | Sociology: The Essentials | Cengage | | | | |
| | | 63 | BDB 1 | Statistics for Evidence Based Practice and Evaluation | Cengage | | | | |
| | | 102 | BDB 1 | Microeconomics: Private and Public Choice | Cengage | | | | |
| | | 105 | BDB 1 | Organizational Communication: Approaches and Processes | Cengage | | | | |
| 2 | Brooks Cole | 17 | BDB 1 | Becoming a Helper | Cengage | | ✓ | | 2,000,000 |
| | | 44 | BDB 1 | Issues and Ethics in Helping Professions | Cengage | | | | |
| 3 | McGraw-Hill | 152 | BDB 2 | Workbook/Laboratory Manual to Accompany Puntos de Partida | McGraw-Hill | | ✓ | | 2,000,000 |
| 4 | Pearson | 53 | BDB 1 | Political Science | Pearson | | ✓ | | 2,000,000 |
| | | 67 | BDB 1 | Teaching and Learning with Technology | Pearson | | | | |
| 5 | Allyn & Bacon | 92 | BDB 1 | Intercultural Competence | Pearson | | ✓ | | 2,000,000 |
| 6 | Benjamin Cummings | 101 | BDB 1 | Microbiology | Pearson | | ✓ | | 2,000,000 |
| 7 | Merrill | 128 | BDB 1 | Human Resources Administration in Education | Pearson | | ✓ | | 2,000,000 |
| 8 | Prentice Hall | 114 | BDB 1 | Supply Chain Management | Pearson | | ✓ | | 2,000,000 |
| 9 | Wiley | 65 | BDB 1 | Strategic Market Management | Wiley | | ✓ | | 2,000,000 |
| 10 | JW | 131 | BDB 1 | Organic Chemistry as a Second Language | Wiley | | ✓ | | 2,000,000 |

## II. Copyright Infringement

*Question 4.* Plaintiffs are pursuing copyright infringement claims for 142 titles. Those 142 titles are listed in TABLE 2. Which copyrights, if any, have Plaintiffs established by a preponderance of the evidence that Defendants infringed?

    *Check only one box*    ☑ ALL    ☐ SOME    ☐ NONE

*If you answered "ALL" to Question 4, go to Question 5.*

*If you answered "NONE" to Question 4, go directly to Section III.*

*If you answered "SOME" to Question 4, please mark the copyrights that you find Defendants infringed in the "LIABILITY" column of TABLE 2. Then proceed to Question 5.*

*Question 5.* If you answered "ALL" or "SOME," to *Question 4*, you must determine whether Defendants' infringement was willful, innocent, or neither willful nor innocent. Please mark below whether you find Defendants' copyright infringement was "ALL WILLFUL," "ALL INNOCENT," "ALL NEITHER WILLFUL NOR INNOCENT," or "SOME MIX OF THE ABOVE."

    *Check only one box*
- ☑ ALL WILLFUL
- ☐ ALL INNOCENT
- ☐ ALL NEITHER WILLFUL NOR INNOCENT
- ☐ SOME MIX OF THE ABOVE

*If you answered "ALL WILLFUL," go to Question 6.*

*If you answered "ALL INNOCENT," go to Question 6.*

*If you answered "ALL NEITHER WILLFUL NOR INNOCENT," go to Question 6.*

*If you answered "SOME MIX OF THE ABOVE," please mark the willfulness determination you make for each copyright that you found Defendants infringed in the columns marked "WILLFUL," "INNOCENT," and "NEITHER WILLFUL NOR INNOCENT" in TABLE 2. Then proceed to Question 6.*

*Question 6.* If you answered "ALL" or "SOME" to *Question 4*, you must determine an amount of statutory damages to award Plaintiffs for each copyright that you found Defendants infringed. If you choose to award the same amount of statutory damages per copyright infringed, please fill in the number you award Plaintiffs for each copyright infringed on the line below. If you choose to award different amounts of damages for different copyrights, please identity the amount you award Plaintiffs for each copyright that you found Defendants infringed in the "DAMAGES AWARD" column of TABLE 2.

The amount of statutory damages that you must award Plaintiffs for each copyright infringed is as follows:

| | |
|---|---|
| **If Willful** | *You **must** award damages between $750 and $150,000 per title infringed* |
| **If Innocent** | *You **must** award damages between $200 and $30,000 per title infringed* |
| **If Neither Willful Nor Innocent** | *You **must** award damages between $750 and $30,000 per title infringed* |

What amount of statutory damages *per copyright infringed* do you award Plaintiffs?

Amount: $ __100,000 -__ **per** copyright*

*\*Do not fill in if you choose to award different amounts of damages in TABLE 2.*

*Please proceed to Section III.*

6

# Verdict Form - Table 2

| | If Willful | You **must** award damages between $750 and $150,000 per title infringed |
|---|---|---|
| | If Innocent | You **must** award damages between $200 and $30,000 per title infringed |
| | If Neither Willful Nor Innocent | You **must** award damages between $750 and $30,000 per title infringed |

| Roadmap Title # | Case | TITLE | PUBLISHER | LIABILITY | WILLFULNESS ||| DAMAGES AWARD |
| | | | | | WILLFUL | INNOCENT | NEITHER WILLFUL NOR INNOCENT | |
|---|---|---|---|---|---|---|---|---|
| 1 | BDB 1 | Classroom Management for Middle School and High School Teachers | Pearson | | ✓ | | | $100,000 |
| 2 | BDB 1 | Educational Administration: Concepts and Practices | Cengage | | ✓ | | | $100,000 |
| 3 | BDB 1 | Human Communication: The Basic Course, 12th Edition | Pearson | | ✓ | | | $100,000 |
| 4 | BDB 1 | International Economics: Theory and Policy | Pearson | | ✓ | | | $100,000 |
| 5 | BDB 1 | Population: An Introduction to Concepts and Issues | Cengage | | ✓ | | | $100,000 |
| 6 | BDB 1 | Research Methods for the Behavioral Sciences | Cengage | | ✓ | | | $100,000 |
| 7 | BDB 1 | Basics of Social Research, The | Cengage | | ✓ | | | $100,000 |
| 8 | BDB 1 | Communicating for Results | Cengage | | ✓ | | | $100,000 |
| 9 | BDB 1 | Environment: The Science Behind the Stories | Pearson | | ✓ | | | $100,000 |
| 10 | BDB 1 | Introduction to Teaching | Pearson | | ✓ | | | $100,000 |
| 11 | BDB 1 | An Introduction to the Profession of Social Work | Cengage | | ✓ | | | $100,000 |
| 12 | BDB 1 | Media Effects Research | Cengage | | ✓ | | | $100,000 |
| 13 | BDB 1 | Social Work: An Empowering Profession | Pearson | | ✓ | | | $100,000 |

# Verdict Form - Table 2

| If Willful | You **must** award damages between $750 and $150,000 per title infringed |
|---|---|
| If Innocent | You **must** award damages between $200 and $30,000 per title infringed |
| If Neither Willful Nor Innocent | You **must** award damages between $750 and $30,000 per title infringed |

| Roadmap Title # | Case | TITLE | PUBLISHER | LIABILITY | WILLFULNESS WILLFUL | INNOCENT | NEITHER WILLFUL NOR INNOCENT | DAMAGES AWARD |
|---|---|---|---|---|---|---|---|---|
| 14 | BDB 1 | Sociology: A Down to Earth Approach, Core Concepts | Pearson | | ✓ | | | $100,000 |
| 15 | BDB 1 | Understanding Human Development | Pearson | | ✓ | | | $100,000 |
| 16 | BDB 1 | Assessment In Special and Inclusive Education | Cengage | | ✓ | | | $100,000 |
| 20 | BDB 1 | Child, Family, School, Community: Socialization and Support | Cengage | | ✓ | | | $100,000 |
| 21 | BDB 1 | Communicating in Small Groups | Pearson | | ✓ | | | $100,000 |
| 23 | BDB 1 | Communication in Small Groups: Theory, Process, and Skills | Cengage | | ✓ | | | $100,000 |
| 24 | BDB 1 | Communication: Making Connections | Pearson | | ✓ | | | $100,000 |
| 25 | BDB 1 | Communication: Principles for a Lifetime | Pearson | | ✓ | | | $100,000 |
| 26 | BDB 1 | Comparative Politics in Transition | Cengage | | ✓ | | | $100,000 |
| 27 | BDB 1 | Cross-Cultural Language and Academic | Pearson | | ✓ | | | $100,000 |
| 28 | BDB 1 | Cross-Cultural Psychology | Pearson | | ✓ | | | $100,000 |
| 29 | BDB 1 | Doing Psychology Experiments | Cengage | | ✓ | | | $100,000 |
| 30 | BDB 1 | Educational Psychology | Pearson | | ✓ | | | $100,000 |
| 31 | BDB 1 | Educational Psychology | Pearson | | ✓ | | | $100,000 |
| 32 | BDB 1 | Essential Research Methods for Social Work | Cengage | | ✓ | | | $100,000 |
| 33 | BDB 1 | Essentials of Statistics, The | Cengage | | ✓ | | | $100,000 |

# Verdict Form - Table 2

| | |
|---|---|
| If Willful | You *must* award damages between $750 and $150,000 per title infringed |
| If Innocent | You *must* award damages between $200 and $30,000 per title infringed |
| If Neither Willful Nor Innocent | You *must* award damages between $750 and $30,000 per title infringed |

| Roadmap Title # | Case | TITLE | PUBLISHER | LIABILITY | WILLFULNESS | | | DAMAGES AWARD |
|---|---|---|---|---|---|---|---|---|
| | | | | | WILLFUL | INNOCENT | NEITHER WILLFUL NOR INNOCENT | |
| 34 | BDB 1 | Essentials of Strategic Management | Pearson | | ✓ | | | $100,000 |
| 35 | BDB 1 | Family Business | Cengage | | ✓ | | | $100,000 |
| 36 | BDB 1 | Gendered Lives | Cengage | | ✓ | | | $100,000 |
| 37 | BDB 1 | Global Politics | Cengage | | ✓ | | | $100,000 |
| 38 | BDB 1 | Groups: Process and Practice | Cengage | | ✓ | | | $100,000 |
| 39 | BDB 1 | I Never Knew I Had A Choice | Cengage | | ✓ | | | $100,000 |
| 40 | BDB 1 | In Conflict and Order | Pearson | | ✓ | | | $100,000 |
| 42 | BDB 1 | Interpersonal Communication Book, The | Pearson | | ✓ | | | $100,000 |
| 43 | BDB 1 | An Invitation to Social Research | Cengage | | ✓ | | | $100,000 |
| 45 | BDB 1 | Management of Electronic Media | Cengage | | ✓ | | | $100,000 |
| 46 | BDB 1 | Marketing Strategy | Cengage | | ✓ | | | $100,000 |
| 47 | BDB 1 | Mass Media Research | Cengage | | ✓ | | | $100,000 |
| 48 | BDB 1 | Mechanics of Materials | Wiley | | ✓ | | | $100,000 |
| 49 | BDB 1 | Media Ethics | Pearson | | ✓ | | | $100,000 |
| 50 | BDB 1 | Meetings, Expositions, Events, and Conventions | Pearson | | ✓ | | | $100,000 |
| 51 | BDB 1 | Modern Radio Production | Cengage | | ✓ | | | $100,000 |
| 52 | BDB 1 | Nonverbal Communication in Human Interaction | Cengage | | ✓ | | | $100,000 |

# Verdict Form - Table 2

| | |
|---|---|
| If Willful | You **must** award damages between $750 and $150,000 per title infringed |
| If Innocent | You **must** award damages between $200 and $30,000 per title infringed |
| If Neither Willful Nor Innocent | You **must** award damages between $750 and $30,000 per title infringed |

| Roadmap Title # | Case | TITLE | PUBLISHER | LIABILITY | WILLFULNESS ||| DAMAGES AWARD |
| | | | | | WIILLFUL | INNOCENT | NEITHER WILLFUL NOR INNOCENT | |
|---|---|---|---|---|---|---|---|---|
| 54 | BDB 1 | Politics in States and Communities | Pearson | | ✓ | | | $100,000 |
| 55 | BDB 1 | Promoting Community Change: Making it Happen in the Real World | Cengage | | ✓ | | | $100,000 |
| 56 | BDB 1 | Public Relations Writing | Cengage | | ✓ | | | $100,000 |
| 57 | BDB 1 | Research Methods in Social Work | Cengage | | ✓ | | | $100,000 |
| 58 | BDB 1 | Research Methods for the Behavioral Sciences | Cengage | | ✓ | | | $100,000 |
| 59 | BDB 1 | Social Problems | Pearson | | ✓ | | | $100,000 |
| 60 | BDB 1 | Social Science | Pearson | | ✓ | | | $100,000 |
| 61 | BDB 1 | Sociology Now: Essentials | Pearson | | ✓ | | | $100,000 |
| 64 | BDB 1 | Strategic Market Management | Wiley | | ✓ | | | $100,000 |
| 66 | BDB 1 | Strategy and the Business Landscape | Pearson | | ✓ | | | $100,000 |
| 68 | BDB 1 | Theory, Practice, and Trends in Human Services | Cengage | | ✓ | | | $100,000 |
| 69 | BDB 1 | Understanding Psychology | Pearson | | ✓ | | | $100,000 |
| 70 | BDB 1 | Writing and Reporting News | Cengage | | ✓ | | | $100,000 |
| 71 | BDB 1 | Advertising Campaign Strategy | Cengage | | ✓ | | | $100,000 |
| 72 | BDB 1 | Applying Career Development Theory to Counseling | Cengage | | ✓ | | | $100,000 |
| 73 | BDB 1 | Basics of Research Methods for Criminal Justice and Criminology | Cengage | | ✓ | | | $100,000 |

# Verdict Form - Table 2

| | |
|---|---|
| If Willful | You **must** award damages between $750 and $150,000 per title infringed |
| If Innocent | You **must** award damages between $200 and $30,000 per title infringed |
| If Neither Willful Nor Innocent | You **must** award damages between $750 and $30,000 per title infringed |

| Roadmap Title # | Case | TITLE | PUBLISHER | LIABILITY | WILLFULNESS WIILLFUL | INNOCENT | NEITHER WILLFUL NOR INNOCENT | DAMAGES AWARD |
|---|---|---|---|---|---|---|---|---|
| 74 | BDB 1 | Becoming Qualitative Researchers | Pearson | | ✓ | | | $100,000 |
| 75 | BDB 1 | Business Ethics | Cengage | | ✓ | | | $100,000 |
| 76 | BDB 1 | Case Studies in School Counseling | Pearson | | ✓ | | | $100,000 |
| 77 | BDB 1 | Color of Justice, The | Cengage | | ✓ | | | $100,000 |
| 78 | BDB 1 | Contemporary Issues in Curriculum | Pearson | | ✓ | | | $100,000 |
| 79 | BDB 1 | A Course in Phonetics | Cengage | | ✓ | | | $100,000 |
| 80 | BDB 1 | Crisis Intervention Strategies | Cengage | | ✓ | | | $100,000 |
| 81 | BDB 1 | Cultural Anthropology | Pearson | | ✓ | | | $100,000 |
| 82 | BDB 1 | Entrepreneurial Finance | Cengage | | ✓ | | | $100,000 |
| 83 | BDB 1 | Essentials of Systems Analysis and Design | Pearson | | ✓ | | | $100,000 |
| 84 | BDB 1 | Evaluating Social Work Services and Programs | Pearson | | ✓ | | | $100,000 |
| 85 | BDB 1 | Exploring Research | Pearson | | ✓ | | | $100,000 |
| 86 | BDB 1 | Family in Transition | Pearson | | ✓ | | | $100,000 |
| 87 | BDB 1 | Foundations of Addictions Counseling | Pearson | | ✓ | | | $100,000 |
| 88 | BDB 1 | Framework for Marketing Management | Pearson | | ✓ | | | $100,000 |
| 89 | BDB 1 | Fundamentals of Organizational Communication | Pearson | | ✓ | | | $100,000 |
| 90 | BDB 1 | Great Traditions in Ethics | Cengage | | ✓ | | | $100,000 |
| 91 | BDB 1 | Industrial Safety and Health Management | Pearson | | ✓ | | | $100,000 |

# Verdict Form - Table 2

| | If Willful | You **must** award damages between $750 and $150,000 per title infringed |
|---|---|---|
| | If Innocent | You **must** award damages between $200 and $30,000 per title infringed |
| | If Neither Willful Nor Innocent | You **must** award damages between $750 and $30,000 per title infringed |

| Roadmap Title # | Case | TITLE | PUBLISHER | LIABILITY | WILLFULNESS WIILLFUL | INNOCENT | NEITHER WILLFUL NOR INNOCENT | DAMAGES AWARD |
|---|---|---|---|---|---|---|---|---|
| 93 | BDB 1 | Intercultural Competence | Pearson | | ✓ | | | $100,000 |
| 94 | BDB 1 | Introduction to Behavioral Research Methods | Pearson | | ✓ | | | $100,000 |
| 95 | BDB 1 | Introduction to Electrodynamics | Pearson | | ✓ | | | $100,000 |
| 96 | BDB 1 | Introduction to Quantum Mechanics | Pearson | | ✓ | | | $100,000 |
| 97 | BDB 1 | Language Arts: Patterns of Practice | Pearson | | ✓ | | | $100,000 |
| 98 | BDB 1 | Leadership Experience, The | Cengage | | ✓ | | | $100,000 |
| 99 | BDB 1 | Literacy's Beginnings | Pearson | | ✓ | | | $100,000 |
| 100 | BDB 1 | Literature: Introduction to Reading | Pearson | | ✓ | | | $100,000 |
| 103 | BDB 1 | Morality in Practice | Cengage | | ✓ | | | $100,000 |
| 104 | BDB 1 | Multicultural Counseling and Psychotherapy | Pearson | | ✓ | | | $100,000 |
| 106 | BDB 1 | Organizational Communication | Pearson | | ✓ | | | $100,000 |
| 107 | BDB 1 | Organizations: Structures, Processes, and Outcomes | Pearson | | ✓ | | | $100,000 |
| 108 | BDB 1 | Power and Society | Cengage | | ✓ | | | $100,000 |
| 109 | BDB 1 | Practical Research Planning and Design | Pearson | | ✓ | | | $100,000 |
| 110 | BDB 1 | Principles of Microeconomics | Cengage | | ✓ | | | $100,000 |
| 111 | BDB 1 | Race, Class, and Gender: An Anthology | Cengage | | ✓ | | | $100,000 |
| 112 | BDB 1 | Social Organization of Work, The | Cengage | | ✓ | | | $100,000 |
| 113 | BDB 1 | Social Welfare | Pearson | | ✓ | | | $100,000 |

# Verdict Form - Table 2

| | |
|---|---|
| **If Willful** | You **must** award damages between $750 and $150,000 per title infringed |
| **If Innocent** | You **must** award damages between $200 and $30,000 per title infringed |
| **If Neither Willful Nor Innocent** | You **must** award damages between $750 and $30,000 per title infringed |

| Roadmap Title # | Case | TITLE | PUBLISHER | LIABILITY | WILLFULNESS WIILLFUL | INNOCENT | NEITHER WILLFUL NOR INNOCENT | DAMAGES AWARD |
|---|---|---|---|---|---|---|---|---|
| 115 | BDB 1 | Supply Chain Management | Pearson | | ✓ | | | $ 100,000 |
| 116 | BDB 1 | Teaching in Middle and Secondary Schools | Pearson | | ✓ | | | $ 100,000 |
| 117 | BDB 1 | Theories of Personality | Cengage | | ✓ | | | $ 100,000 |
| 118 | BDB 1 | Theory and Practice of Counseling and Psychotherapy | Cengage | | ✓ | | | $ 100,000 |
| 119 | BDB 1 | Understanding Management | Cengage | | ✓ | | | $ 100,000 |
| 120 | BDB 1 | Biopsychology | Pearson | | ✓ | | | $ 100,000 |
| 121 | BDB 1 | Calculus | Cengage | | ✓ | | | $ 100,000 |
| 122 | BDB 1 | Chemistry | Cengage | | ✓ | | | $ 100,000 |
| 123 | BDB 1 | Economics: Private and Public Choice | Cengage | | ✓ | | | $ 100,000 |
| 124 | BDB 1 | Financial Accounting | Pearson | | ✓ | | | $ 100,000 |
| 125 | BDB 1 | Foundations for Clinical Mental Health | Pearson | | ✓ | | | $ 100,000 |
| 126 | BDB 1 | Foundations of Finance | Pearson | | ✓ | | | $ 100,000 |
| 127 | BDB 1 | Fundamentals of Clinical Supervision | Pearson | | ✓ | | | $ 100,000 |
| 129 | BDB 1 | Internship, Practicum, and Field Placement Handbook | Pearson | | ✓ | | | $ 100,000 |
| 130 | BDB 1 | Microeconomics: Private and Public Choice | Cengage | | ✓ | | | $ 100,000 |
| 132 | BDB 1 | Organizational Communication: Approaches and | Cengage | | ✓ | | | $ 100,000 |
| 133 | BDB 1 | Precalculus | Cengage | | ✓ | | | $ 100,000 |

# Verdict Form - Table 2

| | |
|---|---|
| If Willful | You **must** award damages between $750 and $150,000 per title infringed |
| If Innocent | You **must** award damages between $200 and $30,000 per title infringed |
| If Neither Willful Nor Innocent | You **must** award damages between $750 and $30,000 per title infringed |

| Roadmap Title # | Case | TITLE | PUBLISHER | LIABILITY | WILLFULNESS |||DAMAGES AWARD |
|---|---|---|---|---|---|---|---|---|
| | | | | | WIILLFUL | INNOCENT | NEITHER WILLFUL NOR INNOCENT | |
| 134 | BDB 1 | Principles of Economics | Cengage | | ✓ | | | $100,000 |
| 135 | BDB 1 | Principles of Macroeconomics | Cengage | | ✓ | | | $100,000 |
| 136 | BDB 1 | School Law and the Public Schools | Pearson | | ✓ | | | $100,000 |
| 137 | BDB 1 | Social Studies for the Preschool/Primary Child | Pearson | | ✓ | | | $100,000 |
| 138 | BDB 1 | Strategic Management: A Competitive | Pearson | | ✓ | | | $100,000 |
| 139 | BDB 1 | Substance Abuse: Information for School | Pearson | | ✓ | | | $100,000 |
| 140 | BDB 1 | Supervision and Instructional Leadership | Pearson | | ✓ | | | $100,000 |
| 141 | BDB 2 | Communication Research: Strategies and Sources | Cengage | | ✓ | | | $100,000 |
| 142 | BDB 2 | Intercultural Communication | Cengage | | ✓ | | | $100,000 |
| 143 | BDB 2 | Interpersonal Communication | Cengage | | ✓ | | | $100,000 |
| 144 | BDB 2 | Interviewing for Solutions | Cengage | | ✓ | | | $100,000 |
| 145 | BDB 2 | Macroeconomics: Private and Public Choice | Cengage | | ✓ | | | $100,000 |
| 146 | BDB 2 | Management of Information Security | Cengage | | ✓ | | | $100,000 |
| 147 | BDB 2 | Principles of Instrumental Analysis | Cengage | | ✓ | | | $100,000 |
| 148 | BDB 2 | Critical Thinking | McGraw-Hill | | ✓ | | | $100,000 |
| 149 | BDB 2 | Fundamental Financial Accounting Concepts | McGraw-Hill | | ✓ | | | $100,000 |
| 150 | BDB 2 | Interpersonal Conflict | McGraw-Hill | | ✓ | | | $100,000 |

# Verdict Form - Table 2

| If Willful | You **must** award damages between $750 and $150,000 per title infringed |
| --- | --- |
| If Innocent | You **must** award damages between $200 and $30,000 per title infringed |
| If Neither Willful Nor Innocent | You **must** award damages between $750 and $30,000 per title infringed |

| Roadmap Title # | Case | TITLE | PUBLISHER | LIABILITY | WILLFULNESS WIILLFUL | INNOCENT | NEITHER WILLFUL NOR INNOCENT | DAMAGES AWARD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 151 | BDB 2 | Macroeconomics: Principles, Problems & Policies | McGraw-Hill | | ✓ | | | $ 100,000 |
| 153 | BDB 2 | Abnormal Psychology | Pearson | | ✓ | | | $ 100,000 |
| 154 | BDB 2 | Biological Science | Pearson | | ✓ | | | $ 100,000 |
| 155 | BDB 2 | Business Statistics | Pearson | | ✓ | | | $ 100,000 |
| 156 | BDB 2 | Campbell Biology | Pearson | | ✓ | | | $ 100,000 |
| 157 | BDB 2 | Enterprise Systems for Management | Pearson | | ✓ | | | $ 100,000 |
| 158 | BDB 2 | Essentials of Organizational Behavior | Pearson | | ✓ | | | $ 100,000 |
| 159 | BDB 2 | Society: The Basics | Pearson | | ✓ | | | $ 100,000 |
| 160 | BDB 2 | Statistics for Managers | Pearson | | ✓ | | | $ 100,000 |
| 161 | BDB 2 | The Social Work Experience | Pearson | | ✓ | | | $ 100,000 |

### III. Breach of Contract

*Question 7.* Have Plaintiffs established by a preponderance of the evidence that Defendants are liable for a breach of the 2008 Settlement Agreement?

Check only one box    [X] YES    [ ] NO

*Please have the foreperson sign and date the verdict sheet, and advise the Court by note that you have reached a verdict.*

Dated: April 5, 2018

Signed:

_____
FOREPERSON